# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| LANCE BURNS, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | Case No. 4:15-cv-06173-DGK |
| vs. ) ) | |
| EGS FINANCIAL CARE, INC., ) ) | |
| Defendant. ) | |

## ORDER REGARDING STATUS OF CASE

This is a putative class action arising from alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* On April 12, 2016, the Court granted the parties' Joint Motion to Temporarily Stay Proceedings (Doc. 44) pending analysis of electronic data and the outcome of settlement or mediation. The parties have since submitted two joint status reports regarding electronic data analysis and settlement negotiations (Docs. 46, 48).

The Court recognizes the progress the parties have made toward a settlement agreement and encourages such negotiations to continue. The Court, however, is concerned that in the event the parties do not reach a settlement or the Court declines to approve the settlement, this case will not be resolved in a timely manner. Accordingly, the Court is lifting the stay to allow limited discovery solely on the issue of conditional class certification. This discovery is limited to four depositions and shall conclude before July 15, 2016. This will allow the parties to be prepared to continue briefing on Plaintiff's Motion to Certify Class (Doc. 12) if necessary.

Accordingly, it is ORDERED that the temporary stay is lifted.

IT IS SO ORDERED.

Date: June 17, 2016                                        /s/Greg Kays
                                                           GREG KAYS, CHIEF JUDGE
                                                           UNITED STATES DISTRICT COURT